UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:04-cr-00061 WBS |
| Plaintiff, | ) | |
| v. | ) | |
| David Lee DEWS, | ) | |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:     **David Lee DEWS, CDC No. F49555**
Detained at (custodian):     San Quentin State Prison
                           100 Main Street
                           San Quentin, California 94964

Detainee is:     a.)     (X) charged in this district by:     ( ) Indictment ( ) Information
                                                                              (X) Petition for Supervised Release Violations

Detainee will:     a.)     (X) return to the custody of detaining facility upon termination of proceedings
          or     b.)     ( ) be retained in federal custody until final disposition of federal charges.

*Appearance forthwith is necessary in the Eastern District of California for initial appearance on a pending Petition alleging violations of federal Supervised Release.*

                         Signature:          /s/ Jason Hitt
                         Printed Name & Phone No:          Jason Hitt   916-554-2751
                         Attorney of Record for:          United States of America

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 28, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

_____
Booking or CDC #:     **David Lee DEWS, CDC No. F49555**     X Male   Female
Facility Address:     San Quentin State Prison

100 Main Street
San Quentin, California 94964

| | |
|---|---|
| Facility Phone: | (415) 454-1460, ext. 5396 |
| Currently Incarcerated For: | State felony convictions |

**RETURN OF SERVICE**

Executed on   _____          By: _____
                                                              (Signature)